FILED

SEP 20 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN THE MATTER OF THE APPLICATIONS FOR ORDERS AUTHORIZING THE INSTALLATION OF A POLE CAMERA NEEDED FOR A CRIMINAL INVESTIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. CR 09-90857-MISC-HRL<br>No. CR 10-90555-MISC-PVT<br>No. CR 10-90874-MISC-HRL<br>No. CR 11-90025-MISC-HRL<br>No. CR 11-90318-MISC-PSG<br>No. CR 11-90589-MISC-PSG<br>No. CR 11-90087-MISC-HRL<br>No. CR 11-90367-MISC-PSG<br>No. CR 11-90637-MISC-HRL<br><br>[~~PROPOSED~~] **ORDER OF THE COURT UNSEALING APPLICATIONS AND ORDERS** |

Based on the indictment in United States District Court Criminal Case No. CR 11-00090-DLJ, the arrest, and the arraignment of individuals who were associated with the subject of the applications for orders authorizing the installation of a pole camera in the above-entitled cases, and the government's corresponding discovery obligations, it is hereby ordered that the Applications for Orders Authorizing the Installation of a Pole Camera Needed for a Criminal

///

///

///

1  Investigation and the Orders granting said Applications in the above-entitled cases be unsealed.

**IT IS SO ORDERED.**

DATED: 9/19/11

HOWARD R. LLOYD
United States Magistrate Judge
Northern District of California

[PROPOSED] ORDER UNSEALING APPLICATIONS AND ORDERS 2